# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD, JR., | CASE NO. 1:10-cv-02399-LJO-SKO PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO AMEND HIS COMPLAINT TO INCLUDE ATTACHED EXHIBIT |
| v. | |
| SUZAN L. HUBBARD, et al., | (Doc. 4) |
| Defendants. | |

Plaintiff Curley John Broussard, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 7, 2010. On December 15, 2010, Plaintiff filed a motion seeking leave to amend his complaint to include an exhibit from a hearing on a petition for involuntary medication held on October 20, 2010.

Parties are generally not permitted to amend to add information or evidence piecemeal. Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987); Local Rule 220.  However, the Court deems it appropriate to allow the submission of this additional exhibit and Plaintiff's motion is GRANTED.

IT IS SO ORDERED.

**Dated:   April 19, 2011**                    /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE

1