# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD, JR., | CASE NO. 1:10-cv-02399-LJO-SKO PC |
| Plaintiff, | ORDER STRIKING FILING |
| v. | (Doc. 17) |
| SUZAN L. HUBBARD, et al., | |
| Defendants. | |

Plaintiff Curley John Broussard, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 7, 2010. On February 15, 2011, Plaintiff filed a document entitled "Motion to Dismiss/Illegal Arrest (Denial in Constitutional Civil Rights). . . ." (Doc. 17.)

The filing does not seek any identifiable legal relief. Rather, it appears to be a recitation of facts and argument. Plaintiff may not amend or supplement his complaint piecemeal to include information such as that set forth in the filing and the filing is not responsive to any other matter pending before the Court. Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987); Local Rule 220. Therefore, the filing is ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   April 19, 2011**         /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

1